UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV339

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) ORDER LIFTING OF STAY |
| $165,163.00 IN UNITED STATES CURRENCY, | ) |
| Defendant. | ) |

UPON the Consent to Lifting of Stay and Consent to Forfeiture filed by Claimant Henderson Amusement, Inc, on December 7, 2007; and

UPON the Consent and Agreement of the United States,

The Stay entered by the Court on January 4, 2006, is lifted.

IT IS SO ORDERED.

This the 7th day of December, 2007,

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE

FILED
ASHEVILLE, N.C.
DEC -7 2007
U.S. DISTRICT COURT
W. DIST. OF N.C.